**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61459-CIV-DAMIAN**

**GERSHON PETRUSHKA,** *et al.*,

Plaintiffs,

v.

**COMPAGNIE DAHER,** *et al.*,

Defendants.
_______________________________________/

**ORDER ON MOTION FOR ENLARGEMENT OF TIME TO SERVE [ECF NO. 13]**

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion for Extension of Time to Perfect Service of Process on Foreign Defendants, Compagnie Daher and Daher Aerospace, SA ("Motion") [ECF No. 13], filed on June 29, 2026.

While the two domestic defendants have been served, the two foreign defendants have not. Plaintiffs indicate that they have begun the process of serving Defendants Compagnie Daher and Daher Aerospace, SA pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters and Bahamian law. *See* Mot. ¶ 8. Plaintiffs inform the Court that they have been advised that service of process in the Bahamas may take approximately six months. *See id.* ¶ 9; *see also In GLG Life Tech Corp. Sec. Litig.*, 287 F.R.D. 262, 266 (S.D.N.Y. 2012) (noting court's concern the length of time required for service under the Hague Convention, six to eight months, could unnecessarily delay the case (citations omitted)).

Consequently, and under this Court's inherent power to manage its docket to ensure the orderly progress of the case, this Court finds a temporary stay of these proceedings is warranted pending effectuation of service on this Defendant. *See, e.g., Landis v. N. Am. Co.*,

299 U.S. 248, 254-55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." (alteration added; citations omitted)). Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 13]** is **GRANTED IN PART AND DENIED IN PART**. This case is **STAYED** for administrative purposes only. Plaintiff is instructed to submit, every **thirty (30) days** beginning July 24, 2026, status reports advising of the status of service upon the remaining Defendants, Compagnie Daher and Daher Aerospace, SA. This Court retains jurisdiction, and the case shall be restored to the active docket upon Court order following motion of a party or the filing of proof of service as to the last Defendant. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 1st day of July, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**